

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

No: 3:05-CV-00481

DAVID W. MYERS, CHARLENE FLIPPIN, THAXTER PITTMAN,
SUANE HUFF, and GAIL HUFF,

Plaintiffs,

versus

CITY OF MCCOMB, MISSISSIPPI,

Defendant.

### ORDER

For the reasons stated in the opinion filed contemporaneously with this order:

**IT IS ORDERED** that the 9 May 2005 order in *City of McComb v. Myers*, No. 2002-124 (Pike County Cir. Ct.), *pending as Myers v. City of McComb*, No. 2005-CA-01266 (Miss.), including its enforcement by the City of McComb, Mississippi, is enjoined, pending compliance with § 5 of the Voting Rights Act, 42 U.S.C. § 1973c.

**IT IS FURTHER ORDERED** that the appeal of the 9 May 2005 order that is pending before the Mississippi Supreme Court is not enjoined. Should that court affirm the 9 May 2005 order, that order, and McComb's enforcement of it, remain enjoined pending such compliance.

**IT IS FURTHER ORDERED** that David W. Myers be reinstated as a Selectman on the McComb, Mississippi Board of Selectmen, pending such compliance.

**SO ORDERED**, this the 23rd day of November, 2005.

_____
RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE

_____
WILLIAM H. BARBOUR
UNITED STATES DISTRICT JUDGE

_____
TOM S. LEE
UNITED STATES DISTRICT JUDGE