IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



DAVID N. MYERS, CHARLENE FLIPPIN,
THAXTER PITTMAN, SUANE HOFF, and
GAIL HUFF                                                    PLAINTIFFS

VS.                                        CIVIL ACTION NO. 3:05-CV-481BN

CITY OF MCCOMB, MISSISSIPPI                                    DEFENDANT

### ORDER

Seeing that the Three-Judge District Court convened in this action has decided all claims pursuant to Section Five of the Voting Rights Act, 42 U.S.C. § 1973(c), the Three-Judge District Court is hereby dissolved. This action is hereby reassigned to United States District Judge William H. Barbour, Jr. for consideration of the remaining claims in this matter.

SO ORDERED this the 30th day of January, 2006.

RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE

WILLIAM H. BARBOUR, JR.
UNITED STATES DISTRICT JUDGE

TOM S. LEE
UNITED STATES DISTRICT JUDGE